## United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward  
 Clerk of Court

Phone: 314-244-7900

October 24, 2013

David Schultz  
11120 Graben Drive  
St. Ann, MO 63074

RE:   Returned Check  
      David Schultz  
      Receipt# 4644038590  
      Case# 4:00-CR-00345-CAS

Dear Mr. Schultz:

Your check in the amount of $700.00 was returned to this office unpaid and marked Frozen/Blocked Account. This payment was tendered in payment of your restitution due in case number 4:00-CR-0345-CAS.

It is imperative that this check is covered immediately.  *Send a copy of this letter or pay in person with  **cash, cashier check or money order** for* **$753.00 to Clerk, U S. District Court** at the address listed above.  This amount includes the original $700.00 restitution payment as well as a $53.00 return check fee.  Please include your case number on your **cashier check or money order.**

Your prompt attention to this matter is appreciated.

Sincerely,  
/s/Laurie Seger  
Financial Specialist

cc:   file  
      cashier  
      ausa  
      uspo